

The following constitutes the order of the court.
Signed June 8, 2016

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In re

Howard Jay Harper,
Natasha Renee Harper,

      Debtors.

No. 15-43310

Chapter 7

**MEMORANDUM RE DEBTORS' APPEARANCE AT HEARING ON MOTION FOR RELIEF FROM STAY AND NOTICE OF CONTINUED HEARING**

On June 8, 2016, a hearing was held on AMC, LLC's, as agent for Parkside Commons Apartments (AMC), *Motion for Relief from Automatic Stay* (Doc. 50). The matter was called at approximately 9:30 AM. Kevin A. Harris appeared on behalf of AMC. Initially, no appearance was made on behalf of Debtors. The Court granted the relief requested. Shortly thereafter Debtors arrived and expressed a desire to oppose the *Motion*. The Court refused to hear Debtors opposition because AMC's counsel was no longer present and would have been deprived of an opportunity to respond. The

Court did agree to refrain from entering an order granting AMC's *Motion*, continue the hearing, and allow Debtors to present their opposition to the *Motion* at the continued hearing, where AMC's counsel will be present and have an opportunity to respond. The hearing on the *Motion* is continued to **June 15, 2016**, at **9:30 AM** in Courtroom 220 of the above-captioned court, located at 1300 Clay Street, Oakland, CA 94612.

**End of Memorandum**

**COURT SERVICE LIST**

Howard Jay Harper
Natasha Renee Harper
900 - 143 Ave #207
San Leandro, CA 94578


Kevin A. Harris
Harris Rosales and Harris
818 Main St. #E
Pleasanton, CA 94566

Melanie C. Tavare
The Law Offices of Melanie Tavare
1276 A St.
Hayward, CA 94541